IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

TERRELL MAURICE MARS,     *

    Petitioner,     *

vs.     *
        CASE NO. 4:08-CR-40 (CDL)
UNITED STATES OF AMERICA,     *

    Respondent.     *

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on April 25, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

The Court also adopts the Magistrate Judge's recommendation that a Certificate of Appealability should be denied.

IT IS SO ORDERED, this 31st day of May, 2013.

                                  s/Clay D. Land
                                  CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE